# MEMORANDUM DECISIONS

**I**

John ANDREWS v. STATE. (No. 8943.) (Court of Criminal Appeals of Texas. April 22, 1925.) Appeal from District Court, Walker County; Carl T. Harper, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for transporting intoxicating liquor. Punishment is confinement in the penitentiary for one year. There was no objection to the charge of the court, and no bills of exception are found in the record. The only question is the sufficiency of the evidence. Two officers testified that, when they approached the buggy which defendant was driving, he first denied that the buggy belonged to him. He jumped out and undertook to make his escape. The officers found in the buggy 19 bottles of whisky. The statement of facts shows the verdict and judgment is supported by the evidence. The judgment is affirmed.

**2**

E. N. BECK v. STATE. (No. 9108.) (Court of Criminal Appeals of Texas. May 20, 1925.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Hughston & Neilson, of McKinney, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is aggravated assault; punishment fixed at a fine of $500. Neither bills of exception nor statement of facts are found in the record. No error of a fundamental nature has been pointed out or perceived. The judgment is affirmed.

**3**

C. L. BRUCE v. STATE. (No. 9247.) (Court of Criminal Appeals of Texas. May 6, 1925.) Appeal from District Court, Taylor County; W. R. Ely, Judge. T. A. Bledsoe, of Abilene, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for theft of an automobile. Punishment, two years in the penitentiary. Defendant has filed in this court his affidavit stating that he no longer desires to prosecute his appeal, but wishes to withdraw same. Complying with his request, the appeal is ordered dismissed.

**4**